Civil Suit Pursuant To 42 U.S.C §1983
In United States District Court For The Southern
District Of Georgia Savannah Division

Calvin B. James
     Plaintiff

Vs.

Chatham County Superior Court,
Savannah Police Department (SIU)
        Defendant

A.) Have you begun any Claim in Federal Court with the same Facts involved In this Action? No

B.) Is There An Internal grievance Procedure of the Institution you confined At? yes

1.) If yes, did you present the Facts relating to your Claim in It? No

2.) If No, State why: Was advised Issue for Courts Incident did not occur At Facility.

PARTIES:
1.) Plaintiff: Calvin B. James #22715-021
   Address: FCC Coleman USP-I P.O. Box 1033 Coleman, Florida 33521

2.) Defendant(s): Chatham County Superior Court
   Address: 133 Montgomery Street Savannah, GA 31401
   Defendant: Savannah Police Department
   Address: 201 Habersham Street Savannah, GA 31412

STATEMENT OF CLAIM:
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CLAIM.

On or About June 2019 I went to Chatham County Superior Court In Savannah, GA Located 133 Montgomery Street for A Preliminary Hearing to determine Probable Cause for my May 12, 2019 Arrest on Felony Charges And to test the legality of my detention, by Savannah Police Department ((Strategic Investigative Unit)). Officers stated their Probable Cause after Magistrate Judge questioned them of It They stated Riding A Bike ((Bicycle)) with no lights at night. But they never Issued A Citation for violation of City Ordinance and Video ((I.E Officers Body worn Camera)) show I was not moving or motionless on Bike as GA Law provides you do not have to have lights or Light does not have to emit from motionless Bike. Therefore they Fabricated or Provided Faulty Probable Cause for Arrest making it Illegal.

Relief:
State what you want the Court to do.

$3,400,000 (Three million four hundred Thousand dollars) and Release from Custody.

For Criminal and Malicious Prosecution and Illegal and Unconstitutional Confinement.

Signed This 14th Day of July 2020.     Calvin
                                       Calvin James



RECEIVED
U.S. Marshals
Savannah Georgia

CALVIN JAMES #22715-021
Federal Correctional Complex Coleman USP-I
P.O. Box 1033
Coleman, Florida 33521

TAMPA FL 335
SAINT PETERSBURG FL
21 JUL 2020 PM 6 L

U.S. DISTRICT COURT
OFFICE OF THE CLERK
125 BULL STREET

SAVANNAH, GEORGIA 31401

"LEGAL"